456 A.2d 1100

Commonwealth v. Tarkenton, Appellant.

Submitted October 18, 1982. Dennis H. Eisman, for appel-

630

lant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, BECK and MONTEMURO, JJ.

Judgment of sentence affirmed.